FILED
James J. Waldron, Clerk

JAN 3 0 2015

U.S. Bankruptcy Court, Newark NJ
BY: _____ Deputy

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| In Re: | Case No.: 14-24901 (DHS) |
|---|---|
| **PARADIGM ELIZABETH, LLC,** | Judge: Donald H. Steckroth, U.S.B.J. |
| Debtor. | |

## ORDER

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

Jan. 30, 2015

**Page 2**
Debtor:             Paradigm Elizabeth, LLC
Case No.:           14-24901 (DHS)
Caption of Order:   **Order**

---

This matter having been opened to the Court upon motion of Osprey Investments, LLC and Empire TFI Jersey Holdings, LLC (collectively, the "Creditors") to dismiss the chapter 11 petition filed by Paradigm Elizabeth, LLC ("Debtor") as a bad faith filing pursuant to 11 U.S.C. § 1112(b), and the Court having reviewed the pleadings and opposition to the motion filed in this matter and having heard the arguments of counsel, and for the reasons set forth in the Court's Opinion of January 30, 2015, and for good cause shown, it is

ORDERED that the Creditors' motion to dismiss the case as a bad faith filing pursuant to section 1112(b) is denied.

......